# FILED UNDER SEAL

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-mj-00271-NJK |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER SEALING** |
| JOCKAMOE HAWLEY and ) | |
| SHAWN COOPER, ) | |
| Defendants. ) | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter, shall be sealed until further order of the Court.

DATED this 1st day of ~~February~~ March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

3