ANDREA L. LUEM, ESQ.
Nevada Bar No. 8844
400 South 4th Street Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 600-8403
andrea@luemlaw.com
Attorney for Defendant
SHAWN COOPER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:18-cr-00075-KJD-PAL-2 |
| Plaintiff, | |
| vs. | **MOTION FOR PRE-PLEA PRE SENTENCE REPORT AND PROPOSED ORDER** |
| SHAWN COOPER, | |
| Defendant. | |

COMES NOW, the Defendant, SHAWN COOPER, by and through Counsel of Record, Andrea L. Luem of the Law Offices of Andrea L. Luem and moves this Honorable Court for a pre-plea presentence investigation report.

In support of said Motion, Counsel asserts that an offer has been extended to Mr. Cooper by the government and prior to acceptance of this offer and in an effort to advise Mr. Cooper properly as to the likely exposure if he were to accept this offer, counsel is making this request. Additionally, Counsel has contacted AUSA Brandon Jaroch regarding this request and Mr. Jaroch has no objection to the preparation of a pre-plea presentence report.

DATED this 27th day of June, 2018.

*/s/ Andrea L. Luem*
ANDREA LUEM
Attorney for Defendant

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN COOPER,<br><br>Defendant. | CASE NO: 2:18-cr-00075-KJD-PAL-2<br><br>**ORDER** |

## **ORDER**

IT IS THEREFORE ORDERED that the Probation Department will prepare a pre-plea presentence investigation report for Shawn Cooper.

DATED AND DONE this 10th day of July, 2018.

By: _____
UNITED STATES MAGISTRATE JUDGE