**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:18-cr-00075-KJD-PAL-2 |
| vs. ) | |
| ) | |
| SHAWN COOPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Sentencing for the underlying case is currently scheduled for February 26th, 2019.

2. At this time, the Government and Defense have agreed to continue the sentencing date.

3. This is the second request for a continuance of the sentencing date.

4. The Defendant is in custody and does not object to a continuance of his sentencing date.

5. That additional time is requested to allow the parties to prepare for the sentencing hearing.

6. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed. R. Crim. P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

**ORDER**

Based upon the Stipulation of ANDREA LUEM, ESQ., appointed counsel for SHAWN COOPER, and BRANDON JAROCH, Assistant United States Attorney, counsel in the above entitled matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that counsel's stipulation is hereby granted and the Sentencing shall be continued from February 26th, 2019 at 9:00 a.m. and set for the <u>12th</u> day of <u>March</u>, 2019 at <u>9:00</u> a.m.

Dated this <u>21st</u> day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON